**Order entered November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01047-CV

**MARK AND D'NELLA SHERBET, Appellant**

**V.**

**RAFAELLA BENDER, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12935-I**

## ORDER

We **GRANT** court reporter Sheretta L. Martin's request for extension of time to file

reporter's record and **ORDER** the record be filed no later than November 14, 2014.

/s/     ADA BROWN
          JUSTICE